OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PO BOX 1111
LEXINGTON, KENTUCKY 40588-1111

JERRY D. TRUITT
CLERK

TELEPHONE
(859) 233-2608

TO: William Benjamin Reams

RE: Case No. 10-60884

    We received your money order in the amount of $40.00 on June 17, 2010. We have receipted this as your first installment payment. Pursuant to Local Rule 1006-1, installment payments are to be $74.75 each.

    In order to adjust for the difference between the required installment and the amount you paid, please send $109.50 for your next installment payment. This will get your payments back on track so that all remaining payments will be $74.75.

Dated: June 29, 2010

_____
Tracey Blanton, Deputy Clerk