UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:                                                                 CASE NO. 10-60884
WILLIAM BENJAMIN REAMS

DEBTOR(S)

# ORDER

The court finds that this case should be and hereby is dismissed for failure of the debtor(s) to pay the filing fee as required by 28 USC § 1930. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is made.

Copies to:

Debtor(s)
Trustee
Notice to All Creditors and Parties in Interest

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
Dated: Monday, October 04, 2010
(jms)